**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ZACKERY WARREN SHADWICK**                                          **PETITIONER**
**ADC #129543**

**VS.**                              **5:18-CV-95-BRW-BD**

**WENDY KELLEY, Director,**                                          **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

I have reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere.

After careful consideration of the Recommendation and Mr. Shadwick's timely objections, and

after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Petitioner Zachery Warren Shadwick's petition for writ of habeas corpus (Doc. No. 2) is

DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 10th day of August, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

1