# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ZACKERY WARREN SHADWICK**                                               **PETITIONER**
**ADC #129543**

VS.                                      **5:18-CV-95-BRW-BD**

**WENDY KELLEY, Director,**                                             **RESPONDENT**
**Arkansas Department of Correction**

## **JUDGMENT**

Consistent with the Order that was entered today, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 10th day of August, 2018.

                                             /s/ Billy Roy Wilson_____
                                             UNITED STATES DISTRICT JUDGE